IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ANTHONY PINO, | : | |
| Petitioner, | : | 1:19-cv-2011 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| BARRY SMITH, *et al.*, | : | |
| Respondents. | : | |

## **ORDER**

**February 7, 2020**

NOW THEREFORE, upon consideration of the petition for writ of habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DISMISSED as time-barred by the statute of limitations. *See* 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c ).

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge